THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* BARNEY SCHER et al., Appellants.

*People* v. *Scher*, 185 App. Div. 100, affirmed.
(Submitted November 18, 1919; decided December 2, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 15, 1918, which affirmed a judgment of the Court of Special Sessions of the city of New York convicting the defendants of the crime of conducting business under an assumed name in violation of section 440 of the Penal Law.

*Joseph Gans* and *C. Arthur Jensen* for appellants.

*Harry E. Lewis,* District Attorney (*Ralph E. Hemstreet* and *John E. Ruston* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.